DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
ADAM R. BRAUSA (SBN 298754)
abrausa@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for STATIC CONTROL COMPONENTS, INC.

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ASTER GRAPHICS, INC.<br><br>Plaintiff,<br><br>v.<br><br>STATIC CONTROL COMPONENTS, INC.,<br><br>Defendant. | Case No. 8:17-cv-01167-DOC-JDE<br>Consolidated with 8:17-cv-01221-DOC-JDE<br><br>**FINAL STIPULATION AND CONSENT JUDGMENT TO PERMANENT INJUNCTION [77]**<br><br>Ctrm: 9D, 9th Floor<br>Judge: Honorable David O. Carter |

Plaintiff Aster Graphics, Inc. and ("Aster" or "Plaintiff") and Defendant Static Control Components, Inc. ("SCC" or "Defendant"), having reached a settlement agreement and stipulated to this Judgment, it is ORDERED, ADJUDGED and DECREED that:

1. This Court has personal jurisdiction over the Parties;

2. This Court has jurisdiction over the subject matter in issue;

3. SCC is the owner by assignment of the entire right, title, and interest in and to United States Patent No. 9,599,949 entitled "Photosensitive Process Cartridge With Driving Force Receiver" and United States Patent No; 9,671,742 entitled "Process Cartridge Having A Control Mechanism For A Driving Mechanism" (collectively the "Asserted Patents");

4. Aster acknowledges that the Asserted Patents are valid and enforceable;

5. SCC asserted claims for infringement of the Asserted Patents against Aster based on Aster's manufacture, importation, offer for sale, sale, in the United States of the Aster products with the following part numbers: AM-H0255AU, AM-H0255XU, AM-H0280AU, AM-H0280XU, AM-H0280XJU, AM-H0505A, AM-H0505AJ, AM-H0505X/XC, AM-H0505XJ, AP-HF226A, AM-C0119A, AM-C0119XC, AM-H0255XJU, AP-HF287A, AP-HF-287X, and/or AP-HF226X (collection the "Accused Aster Products").

6. "Substantially Similar Aster Products" shall mean any Aster products that are substantially the same in structure and design to the Accused Aster Products with respect to the features of the Accused Aster Products identified by SCC in the claim charts attached to its First Amended Complaint (ECF No. 23) in Case No. 8:17-cv-01221-DOC-JDE and in SCC's infringement contentions served on Aster on December 4, 2017;

7. "Affiliates" of a Party or other legal entity means a business entity, including without limitation entities organized as corporations, partnerships, limited liability partnerships and limited liability companies, that currently or in the future, controls, is controlled by, or is under common control of or with a Party or legal entity. The phrase "controls, is controlled by, or is under common control with" means the possession, directly or indirectly, of the power to direct or cause the direction of the management and policies of such entity, whether through ownership of voting securities (as to which ownership of 50% or more establishes control) or other interests, by contract or otherwise. Notwithstanding the foregoing, in any country where a Party or legal entity is not permitted by law to own fifty percent (50%) or more of the share of a local company, the local company shall be deemed an Affiliate of that Party or legal entity for purposes of this Agreement if such Party or legal entity has or controls, directly or indirectly, the maximum legally allowed ownership interest in such local company;

8. Pursuant to the terms set forth in the Settlement Agreement, Aster and its Affiliates are permanently enjoined from importing, manufacturing, selling or offering to sell any Accused Products or Substantially Similar Aster Products into the United States until the last to expire of the Asserted Patents or all asserted claims of the Asserted Patents in this Action are found or adjudicated invalid or unenforceable by a court of competent jurisdiction;

9. This Court shall maintain continuing jurisdiction to enforce this Consent Judgment and all parties hereby agree that service or notice of any further proceedings may be accomplished under Rule 4(d) of the Federal Rules of Civil Procedure;

10. This Consent Judgment may be executed in counterparts, each of which shall be deemed to constitute an original counterpart hereof, and all of which shall

together constitute one and the same Consent Judgment.  One or more counterparts of this Consent Judgment may be delivered by facsimile or electronic transmission with the intent that it, or they, shall constitute an original counterpart hereof; and

11. All claims and/or counterclaims asserted by Plaintiff and Defendant are dismissed without prejudice, with each Party to bear its own costs, expenses and attorney's fees.

Static Control Components, Inc.

By: *WMM* (signature)

Title: Vice President

Date: 6-6-18

Aster Graphics, Inc.

By: (signature)

Title: President

Date: 6/5/2018

**SO ORDERED.**

Dated: June 7, 2018

*David O. Carter* (signature)
DAVID O. CARTER
U.S. District Judge

**APPROVED AS TO FORM AND CONTENT:**

Dated: June 6, 2018          DURIE TANGRI LLP

By: _____/s/ Adam R. Brausa_____
         ADAM R. BRAUSA

Attorney for STATIC CONTROL
COMPONENTS. INC.

Dated: June 6, 2018          NI, WANG & MASSAND, PLLC

By: _____/s/ Timothy Wang_____
         TIMOTHY WANG

Attorney for Defendant
ASTER GRAPHICS, INC.

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-4, regarding signatures, I, Adam R. Brausa attest that concurrence in the filing of this document has been obtained.

_____/s/ Adam R. Brausa_____
         ADAM R. BRAUSA

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2018 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

/s/ Adam R. Brausa
ADAM R. BRAUSA